**MILLENNIUM DENTAL TECHNOLOGIES, INC.,**
**Plaintiff–Appellant,**

v.

**FOTONA D.D., Defendant–Appellee.**

**No. 2010–1428.**

United States Court of Appeals, Federal Circuit.

Jan. 31, 2011.

Philip J. Graves, Graves & Walton, LLP, Los Angeles, CA, for Defendant–Appellee.

James S. Azadian, Enterprise Counsel Group, Irvine, CA, for Plaintiff–Appellant.

Before LINN, Circuit Judge.

## ORDER

Millennium Dental Technologies, Inc. submits a motion to stay the district court's order that required Millennium to draft and sign a settlement agreement and to direct the district court to stay its contempt proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

Fotona d.d. is directed to respond to the motion no later than February 4, 2011. The district court's order directing the appellant to draft and sign a settlement agreement is temporarily stayed, pending this court's consideration of the papers submitted. The district court should hold in abeyance its contempt proceedings, pending this court's ruling on the motion to stay.